UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DARNELL HINTON,

      Plaintiff,

v.

RICHMOND COMMUNITY SERVICES,

      Defendant.
-----------------------------------------------------------x

**ORDER**

23-CV-01318 (PMH)

PHILIP M. HALPERN, United States District Judge:

  A pre-motion conference was scheduled for March 4, 2024 at 10:00 a.m. concerning Defendant's anticipated motion to dismiss for want of prosecution pursuant to Fed. R. Civ. P. 41(b). (Doc. 26). On February 15, 2024, Defendant served a copy of the Court's order scheduling the pre-motion conference on Plaintiff, who is proceeding *pro se*, and filed an affidavit of service. (Doc. 27). Defendant appeared for the pre-motion conference today. Plaintiff failed to appear for the pre-motion conference. Accordingly, the Court waives any pre-motion conference requirement, grants Defendant leave to file a motion to dismiss for want of prosecution pursuant to Fed. R. Civ. P. 41(b), and sets the following briefing schedule: Defendant's motion shall be served and filed by **April 3, 2024**; Plaintiff's opposition shall be served and filed by **May 3, 2024**; and Defendant's reply, if any, shall be served and filed by **May 17, 2024**.

  Defendant is directed to serve a copy of this Order on Plaintiff and file proof of service on the docket.

            **SO ORDERED:**

Dated: White Plains, New York
    March 4, 2024

            _____
            Philip M. Halpern
            United States District Judge