UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DARNELL HINTON,

                   Plaintiff,

v.

RICHMOND COMMUNITY SERVICES,

                   Defendant.
------------------------------------------------------------x

**ORDER**

23-CV-01318 (PMH)

      Plaintiff, who is proceeding *pro se*, commenced this action on February 16, 2023. (Doc. 1). Defendant's request for permission to move to dismiss Plaintiff's Complaint was granted on March 4, 2024 and the Court entered a briefing schedule. (Doc. 28). On April 1, 2024, Defendant filed its motion to dismiss. (Doc. 31). Plaintiff's opposition was due by May 3, 2024. (*See* Doc. 28). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until June 3, 2024. Defendant's reply, if any, is due June 17, 2024.

      **If plaintiff fails to file his opposition by June 3, 2024, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

      Additionally, in light of the pending motion to dismiss, the case management conference scheduled for May 9, 2024 is hereby canceled.

      Defendant is directed to serve a copy of this Order on Plaintiff and file proof of service on the docket.

Dated: White Plains, New York
       May 6, 2024

                                                   SO ORDERED:

                                                   _____
                                                   Philip M. Halpern
                                                   United States District Judge